IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2021 SEP 22 PM 2:05
MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSIAH D. JURICH,<br><br>Defendant. | No. 21-CR-106-S<br><br>Ct 1: 18 U.S.C. § 115(a)(1)(B)<br>(Threats Against a Federal Law Enforcement Officer)<br><br>Ct 2: 18 U.S.C. § 1361<br>(Injury or Depredation to United States Property) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 20, 2021, in the District of Wyoming, the Defendant, **JOSIAH D. JURICH**, did threaten to assault and murder D.S., a Forest Service employee, with the intent to impede, intimidate, and interfere with D.S. while he was engaged in the performance of his official duties, and with the intent to retaliate against D.S. on account of the performance of his official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

### COUNT TWO

On or about August 20, 2021, in the District of Wyoming, the Defendant, **JOSIAH D. JURICH**, did willfully injure and commit a depredation against, and attempt to injure and commit a depredation against, property belonging to the United States and any department or agency

thereof, to wit: a United States Forest Service Chevy Colorado truck, and the resulting damage did not exceed $1,000.00.

In violation of 18 U.S.C. § 1361.

A TRUE BILL:

_/s/ Ink Signature on File with Clerk's Office_
FOREPERSON

L. ROBERT MURRAY
Acting United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | JOSIAH D. JURICH |
| **DATE:** | September 20, 2021 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | |

**Ct: 1**    **18 U.S.C. § 115(a)(1)(B)**
(Threats Against a Federal Law Enforcement Officer)

0-10 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment
Class "C" Felony

**Ct: 2**    **18 U.S.C. § 1361**
(Injury or Depredation to United States Property)

Not More Than One Year
Up To $1,000 Fine
Not More Than One Year Supervised Release
$25 Special Assessment
Class "A" Misdemeanor

| | |
|---|---|
| **TOTALS:** | 0-11 Years Imprisonment<br>Up To $251,000 Fine<br>3 Years Supervised Release<br>$125 Special Assessment |
| **AGENT:** | Hannah Nadeau, USFS |
| **AUSA:** | Michael J. Elmore, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |

**ARE THERE DETAINERS**
**FROM OTHER**
**JURISDICTIONS:**          No