# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**Margaret Botkins**
**Clerk of Court**

4:20 pm, 1/13/22

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOSIAH D. JURICH

    Defendant.

Case Number: 21-CR-106-SWS

## CRIMINAL MINUTE SHEET STATUS CONFERENCE

Date: 01/13/2022     Time: 1:33 - 1:45 p.m.

| Scott W. Skavdahl | Kim Blonigen | Megan Strawn | |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| | |
|---|---|
| U.S. Marshal | U.S. Probation Officer |

Attorney(s) for Defendant(s)   Jordan Deckenbach

Attorney(s) for Government   Michael Elmore

Other:

The Court heard from the parties regarding the competency of the Defendant. For the reasons stated on the record, which are incorporated herein by reference, the Court directed that the Defendant reside at the VA Mental Residential Rehabilitation Program in Sheridan, Wyoming, for restoration to competency. The Defendant shall participate in the VA Mental Health Residential Rehabilitation Program and shall comply with any and all conditions of the program, to include taking all prescribed medication.

The Defendant shall be transported on January 14, 2022 at 9 a.m. from the Natrona County Detention Center to the Sheridan VA program in Sheridan, Wyoming, by VA transportation staff only.