

**FILED**

**Margaret Botkins**
**Clerk of Court**

10:23 am, 5/23/22

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff,

vs.

Case Number: 21-CR-106-SWS

JOSIAH D. JURICH

Defendant.

## CRIMINAL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only      ☑ This was a Telephonic Hearing

Date: 05/23/2022   Time: 9:15 - 9:20 a.m.     (Telephonic)

| Scott W. Skavdahl | Kim Blonigen | Megan Strawn | Brenna Fisher |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| | |
|---|---|
| U.S. Marshal | U.S. Probation Officer |

Attorney(s) for Defendant(s)    Jordan Deckenbach

Attorney(s) for Government    Michael Elmore

Other:

The Court received the doctor's report regarding the forensic status of the defendant. The defendant was found to be incompetent and will require at least an additional six months of psychiatric treatment. The Court ordered that placement/hospitalization of the defendant be extended for an additional six months in the VA facility. The Court also ordered that an update as to the defendant's condition and status be provided to the Court on or before November 4, 2022. Once the update is received, the Court will set a scheduling conference, competency hearing, or whatever proceeding is necessary.